**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Stephen Glassie | CHAPTER 13 |
| & | |
| Mary A. Glassie | BKY. NO. 13-14654 AMC |
| Debtor(s) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2016-RPL1 Trust, Mortgage-Backed Notes, Series 2016-RPL1 and index same on the master mailing list.

Respectfully submitted,

**/s/ Matteo S. Weiner, Esquire**
Matteo S. Weiner, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734