United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-14654-amc
Stephen Glassie                                                           Chapter 13
Mary A. Glassie
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2       User: ChrissyW           Page 1 of 1           Date Rcvd: Jul 31, 2017
                           Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2017.
13177352      +HSBC Mortgage Services, Inc,   PO Box 21188,   Eagan, MN 55121-0188

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2017 at the address(es) listed below:
              JOHN M. KENNEY    on behalf of Debtor Stephen  Glassie jken330@comcast.net,   Kathy@jkenneylaw.com
              JOHN M. KENNEY    on behalf of Joint Debtor Mary A. Glassie jken330@comcast.net,
               Kathy@jkenneylaw.com
              KARROLLANNE  CAYCE    on behalf of Creditor   HOUSEHOLD FIN CONSUMER DISCOUNT CO
               ecfmail@aldridgepite.com,  kcayce@ecf.inforuptcy.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   HOUSEHOLD FINANCE CONSUMER DISCOUNT COMPANY
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, as indenture trustee, for the CSMC 2016-RPL1 Trust, Mortgage-Backed Notes,
               Series 2016-RPL1 bkgroup@kmllawgroup.com
              SIOBHAN D. BYRNES    on behalf of Creditor   Fairless Credit Union sbyrnes@begleycarlin.com,
               brossmann@begleycarlin.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 9

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 13-14654-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Stephen Glassie
2 Farmbrook Drive
Levittown PA 19055

Mary A. Glassie
2 Farmbrook Drive
Levittown PA 19055

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/28/2017.

Name and Address of Alleged Transferor(s):

Claim No. 12: HSBC Mortgage Services, Inc, PO Box 21188, Eagan, MN 55121

Name and Address of Transferee:

Select Portfolio Servicer Wilmington Savings Society P.O.BOX 65450,Salt Lake City,UT,

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/02/17

Tim McGrath
**CLERK OF THE COURT**