Certificate Number: 05781-PAE-DE-030494482

Bankruptcy Case Number: 13-14654



05781-PAE-DE-030494482

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 29, 2018, at 1:58 o'clock PM PST, Stephen Glassie completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 29, 2018              By:     /s/Allison M Geving

                                      Name:   Allison M Geving

                                      Title:  President