Certificate Number: 05781-PAE-DE-030494483

Bankruptcy Case Number: 13-14654



05781-PAE-DE-030494483

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 29, 2018</u>, at <u>1:58</u> o'clock <u>PM PST</u>, <u>Mary Glassie</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>January 29, 2018</u>          By:    <u>/s/Allison M Geving</u>

                                                                   Name:  <u>Allison M Geving</u>

                                                                   Title:  <u>President</u>