# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 13-14654-AMC

Stephen Glassie
Mary A. Glassie
2 Farmbrook Drive

Levittown, PA 19055

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    Stephen Glassie
    Mary A. Glassie
    2 Farmbrook Drive

    Levittown, PA 19055

Counsel for debtor(s), by electronic notice only.

    JOHN M KENNEY
    308 N OXFORD VALLEY RD

    FAIRLESS HILLS, PA 19030-

Date: 5/15/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee