United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                        Case No. 13-14654-amc
Stephen Glassie                                               Chapter 13
Mary A. Glassie
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: PaulP              Page 1 of 2              Date Rcvd: Aug 07, 2018
                              Form ID: 138NEW          Total Noticed: 38
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2018.
```
db/jdb         +Stephen Glassie,    Mary A. Glassie,    2 Farmbrook Drive,    Levittown, PA 19055-2101
cr             +Fairless Credit Union,    1900 South Pennsylvania Avenue,    c/o Loan Adjustor,
                 Morrisville, PA 19067-2500,    UNITED STATES 19067-2500
cr             +HOUSEHOLD FINANCE CONSUMER DISCOUNT COMPANY,     14841 Dallas Parkway, Suite 300,
                 Dallas, TX 75254-7883
13063710       +Ars Account Resolution,    1801 Nw 66th Ave,    Fort Lauderdal, FL 33313-4571
13186425       +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
13063713       +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
13063714       +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13164275       +Citibank, N.A.,     701 East 60th Street North,    Sioux Falls, SD 57104-0493
13084492      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LLC,     Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
13063716       +Exxmblciti,    Po Box 6497,    Sioux Falls, SD 57117-6497
13063717       +Fairless Credit Union,    Po Box 179,    Morrisville, PA 19067-0179
13063718        Furniturebar,    Cscl Dispute Team,    Des Moines, IA 50306
13177352       +HSBC Mortgage Services, Inc,    PO Box 21188,    Eagan, MN 55121-0188
13063724       +Hsbc/mscpi,    Po Box 3425,    Buffalo, NY 14240-3425
13063725       +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
13063726       +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13912681       +Wilmington Savings Fund Society, FSB, d/b/a Christ,    c/o MATTEO SAMUEL WEINER,
                 KML Law Group, P.C.,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Aug 08 2018 02:29:50      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 08 2018 02:29:06
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 08 2018 02:29:28      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2018 02:34:17
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13121610        E-mail/Text: bncmail@w-legal.com Aug 08 2018 02:29:15      ANTIO, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13063709       +E-mail/Text: ally@ebn.phinsolutions.com Aug 08 2018 02:28:32      Ally Financial,
                 P.O. Box 380901,    Bloomington, MN 55438-0901
13080317        E-mail/Text: ally@ebn.phinsolutions.com Aug 08 2018 02:28:32      Ally Financial,
                 PO Box 130424,    Roseville, MN 55113-0004
13063711        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 08 2018 02:34:13       Cap One,
                 Po Box 85520,    Richmond, VA  23285
13063712       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 08 2018 02:34:13       Cap1/bstby,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13063715       +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 08 2018 02:29:58       Credit Coll,
                 2 Wells Avenue,    Newton, MA 02459-3246
13063719       +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2018 02:33:03      Gecrb/care Credit,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
13063720        E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2018 02:33:03      Gecrb/jcp,    Po Box 984100,
                 El Paso, TX  79998
13063721       +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2018 02:34:12      Gecrb/lowes,    P.o. Box 965005,
                 Orlando, FL 32896-5005
13063722       +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2018 02:33:37      Gecrb/select Comfort,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
13063723       +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2018 02:33:37      Gecrb/walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
13804866        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 08 2018 02:33:11       LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13188453       +E-mail/Text: bncmail@w-legal.com Aug 08 2018 02:29:27      OAK HARBOR CAPITAL VII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13806181        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2018 03:16:28
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
13131137        E-mail/Text: bnc-quantum@quantum3group.com Aug 08 2018 02:28:51
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13173170        E-mail/Text: WFB.Bankruptcy@cabelas.com Aug 08 2018 02:29:59      WORLD'S FOREMOST BANK,
                 CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
13063728       +E-mail/Text: WFB.Bankruptcy@cabelas.com Aug 08 2018 02:29:59      Worlds Foremost Bank N,
                 4800 Nw 1st St Ste 300,    Lincoln, NE 68521-4463
                                                                                              TOTAL: 21
```

```
District/off: 0313-2          User: PaulP              Page 2 of 2                   Date Rcvd: Aug 07, 2018
                              Form ID: 138NEW          Total Noticed: 38


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13958335          Select Portfolio Servicer Wilmington Savings,    Society P.O.BOX 65450,Salt Lake City,UT,
cr*              +Household Finance Consumer Discount Company,    14841 Dallas Parkway, Suite 300,
                   DALLAS, TX 75254-7883
cr*               LVNV Funding LLC,    c/o Resurgent Capital Services,    P.O. Box 10587,
                   GREENVILLE, SC 29603-0587
cr*              +PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13063727*        ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court:  Webbank/dfs,    1 Dell Way,    Round Rock, TX  78682)
13185140*         WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
13185372*         WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
13669891*         WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
13063708         ##+Acb Receivables Mngmt,    19 Main St,    Asbury Park, NJ 07712-7012
13099509         ##+Fairless Credit Union,    1900 S. Pennsylvania Avenue,    Morrisville PA 19067-2500
                                                                                             TOTALS: 1, * 7, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2018 at the address(es) listed below:
              JOHN M. KENNEY    on behalf of Joint Debtor Mary A. Glassie jken330@comcast.net,
               Kathy@jkenneylaw.com
              JOHN M. KENNEY    on behalf of Debtor Stephen  Glassie jken330@comcast.net, Kathy@jkenneylaw.com
              KARROLLANNE CAYCE    on behalf of Creditor    HOUSEHOLD FIN CONSUMER DISCOUNT CO
               ecfmail@aldridgepite.com, kcayce@ecf.inforuptcy.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, as indenture trustee, for the CSMC 2016-RPL1 Trust, Mortgage-Backed Notes,
               Series 2016-RPL1 bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    HOUSEHOLD FINANCE CONSUMER DISCOUNT COMPANY
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, as indenture trustee, for the CSMC 2016-RPL1 Trust, Mortgage-Backed Notes,
               Series 2016-RPL1 bkgroup@kmllawgroup.com
              SIOBHAN D. BYRNES    on behalf of Creditor    Fairless Credit Union sbyrnes@begleycarlin.com,
               brossmann@begleycarlin.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Stephen Glassie and Mary A. Glassie
    Debtor(s)

Bankruptcy No: 13−14654−amc
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 8/7/18

73 − 72
Form 138_new