United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 13-14654-amc
Stephen Glassie                                                       Chapter 13
Mary A. Glassie
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 1              Date Rcvd: Sep 11, 2018
                              Form ID: 212                Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2018.
db/jdb         +Stephen Glassie,    Mary A. Glassie,   2 Farmbrook Drive,    Levittown, PA 19055-2101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2018 at the address(es) listed below:
              JOHN M. KENNEY    on behalf of Debtor Stephen  Glassie jken330@comcast.net,    Kathy@jkenneylaw.com
              JOHN M. KENNEY    on behalf of Joint Debtor Mary A. Glassie jken330@comcast.net,
               Kathy@jkenneylaw.com
              KARROLLANNE   CAYCE    on behalf of Creditor    HOUSEHOLD FIN CONSUMER DISCOUNT CO
               ecfmail@aldridgepite.com, kcayce@ecf.inforuptcy.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, as indenture trustee, for the CSMC 2016-RPL1 Trust, Mortgage-Backed Notes,
               Series 2016-RPL1 bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    HOUSEHOLD FINANCE CONSUMER DISCOUNT COMPANY
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, as indenture trustee, for the CSMC 2016-RPL1 Trust, Mortgage-Backed Notes,
               Series 2016-RPL1 bkgroup@kmllawgroup.com
              SIOBHAN D. BYRNES    on behalf of Creditor    Fairless Credit Union sbyrnes@begleycarlin.com,
               brossmann@begleycarlin.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                               TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:                                                           Chapter: 13

    Stephen Glassie and Mary A. Glassie

Debtor(s)                                            Case No: 13−14654−amc

---

*ORDER*

AND NOW, 9/11/18 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

- ☐ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

- ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Ashely M. Chan

Judge ,United States Bankruptcy Court