United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 13-14654-amc
Stephen Glassie                                                          Chapter 13
Mary A. Glassie
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1            Date Rcvd: Sep 20, 2018
                              Form ID: 195             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2018.
db/jdb         +Stephen Glassie,    Mary A. Glassie,   2 Farmbrook Drive,    Levittown, PA 19055-2101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2018                                    Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2018 at the address(es) listed below:
          JOHN M. KENNEY    on behalf of Debtor Stephen  Glassie jken330@comcast.net,    Kathy@jkenneylaw.com
          JOHN M. KENNEY    on behalf of Joint Debtor Mary A. Glassie jken330@comcast.net,
           Kathy@jkenneylaw.com
          KARROLLANNE   CAYCE    on behalf of Creditor    HOUSEHOLD FIN CONSUMER DISCOUNT CO
           ecfmail@aldridgepite.com,   kcayce@ecf.inforuptcy.com
          KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, as indenture trustee, for the CSMC 2016-RPL1 Trust, Mortgage-Backed Notes,
           Series 2016-RPL1 bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    HOUSEHOLD FINANCE CONSUMER DISCOUNT COMPANY
           bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, as indenture trustee, for the CSMC 2016-RPL1 Trust, Mortgage-Backed Notes,
           Series 2016-RPL1 bkgroup@kmllawgroup.com
          SIOBHAN D. BYRNES    on behalf of Creditor    Fairless Credit Union sbyrnes@begleycarlin.com,
           brossmann@begleycarlin.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 13

Stephen Glassie and Mary A. Glassie                                   : Case No. 13–14654–amc
    Debtor(s)

### *ORDER*
_____

AND NOW, this day , September 20, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

80
Form 195