```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                       Case No. 13-14654-amc
Stephen Glassie
Mary A. Glassie                                              Chapter 13
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: PaulP            Page 1 of 2        Date Rcvd: Sep 20, 2018
                             Form ID: 3180W         Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2018.
db/jdb         +Stephen Glassie,    Mary A. Glassie,    2 Farmbrook Drive,    Levittown, PA 19055-2101
13084492       ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,   Greenville, SC 29603-0390)
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 21 2018 01:39:39     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 21 2018 01:39:24
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 21 2018 01:39:36     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13121610       +E-mail/Text: bncmail@w-legal.com Sep 21 2018 01:39:33     ANTIO, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13080317        EDI: GMACFS.COM Sep 21 2018 05:43:00     Ally Financial,    PO Box 130424,
                 Roseville, MN 55113-0004
13804866        EDI: RESURGENT.COM Sep 21 2018 05:43:00     LVNV Funding LLC,   c/o Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
13188453       +EDI: OPHSUBSID.COM Sep 21 2018 05:43:00     OAK HARBOR CAPITAL VII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13131137        EDI: Q3G.COM Sep 21 2018 05:43:00     Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA  98083-0788
13173170        E-mail/Text: WFB.Bankruptcy@cabelas.com Sep 21 2018 01:39:46     WORLD'S FOREMOST BANK,
                 CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13958335        Select Portfolio Servicer Wilmington Savings,    Society P.O.BOX 65450,Salt Lake City,UT,
13185372*       WORLD'S FOREMOST BANK,   CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
13669891*       WORLD'S FOREMOST BANK,   CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
13099509      ##+Fairless Credit Union,   1900 S. Pennsylvania Avenue,    Morrisville PA 19067-2500
                                                                                  TOTALS: 1, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2018 at the address(es) listed below:
              JOHN M. KENNEY    on behalf of Joint Debtor Mary A. Glassie jken330@comcast.net,
               Kathy@jkenneylaw.com
              JOHN M. KENNEY    on behalf of Debtor Stephen  Glassie jken330@comcast.net,  Kathy@jkenneylaw.com
              KARROLLANNE   CAYCE    on behalf of Creditor    HOUSEHOLD FIN CONSUMER DISCOUNT CO
               ecfmail@aldridgepite.com, kcayce@ecf.inforuptcy.com
```

```
District/off: 0313-2          User: PaulP              Page 2 of 2              Date Rcvd: Sep 20, 2018
                              Form ID: 3180W           Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        KEVIN G. MCDONALD   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2016-RPL1 Trust, Mortgage-Backed Notes, Series 2016-RPL1 bkgroup@kmllawgroup.com

        MATTEO SAMUEL WEINER   on behalf of Creditor   HOUSEHOLD FINANCE CONSUMER DISCOUNT COMPANY bkgroup@kmllawgroup.com

        MATTEO SAMUEL WEINER   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2016-RPL1 Trust, Mortgage-Backed Notes, Series 2016-RPL1 bkgroup@kmllawgroup.com

        SIOBHAN D. BYRNES   on behalf of Creditor   Fairless Credit Union sbyrnes@begleycarlin.com, brossmann@begleycarlin.com

        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov

        WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                                   TOTAL: 10

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Stephen Glassie** | Social Security number or ITIN  **xxx−xx−7832** |
| | First Name    Middle Name    Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Mary A. Glassie** | Social Security number or ITIN  **xxx−xx−6625** |
| | First Name    Middle Name    Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **13−14654−amc** | | |

# Order of Discharge                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Stephen Glassie                                                    Mary A. Glassie

9/20/18                                              **By the court:**        Ashely M. Chan
                                                                               United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**